**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACHU KINGSLEY ACHIDI,<br><br>                              Petitioner,<br><br>        v.<br><br>JEREMY CASEY,<br><br>                              Respondent. | Case No. 26-cv-00875-BAS-BJW<br><br>**ORDER:**<br><br>**(1) REQUIRING THE GOVERNMENT TO RESPOND TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 5); AND**<br><br>**(2) SETTING HEARING ON AMENDED PETITION** |

Petitioner Achu Kingsley Achidi filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court referred the matter to Federal Defenders of San Diego, Inc., for consideration of appointment of counsel. (ECF No. 3.) Federal Defenders responded by filing an Amended Petition on February 18, 2026. (ECF No. 5.) Accordingly, the Court confirms appointment of Federal Defenders as counsel for Petitioner.

Having reviewed the Amended Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal.

2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Amended Petition and set a hearing.

Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Amended Petition no later than **February 27, 2026**. The Government's response must address the allegations in the Amended Petition and must include any documents relevant to the determination of the issues raised in the Amended Petition.

2. Petitioner may file a reply in support of his Amended Petition no later than **March 6, 2026**.

3. The parties must appear in Courtroom 12B on **March 13, 2026**, at **11:30 a.m.** for a hearing on the Amended Petition.

4. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Amended Petition (ECF No. 5) and this Order.

**IT IS SO ORDERED.**

**DATED: February 20, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv0875